# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Artisan and Truckers Casualty Company

                                                Plaintiff,

v.                                                                             Case No.: 1:23−cv−04439
                                                                            Honorable Martha M. Pacold

Bukhara Trans, Inc.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 26, 2024:

      MINUTE entry before the Honorable Jeffrey Cole: Video status conference held. Although fact discovery is scheduled to end on 9/20/24, [57], defense counsel has this morning, informed plaintiff's counsel that the depositions, which plaintiff has been trying unsuccessfully to schedule, will have to run through the first half of October even though fact discovery is scheduled to end on 9/20/24. [57]. Counsel are reminded that they do not own the discovery schedule. In any event, the remaining depositions shall go forward and be completed not later than 10/14/24 the date which imposed by the defendant's counsel on the Court and the plaintiff's lawyer. If the lawyers continue to disagree on deposition dates, they will be set by the Court, and in no event will go beyond 10/14/24. Accordingly, fact discovery is extended from 9/20/24 to 10/14/24. It may be noted that this will be the 4th extension. The Motions For Sanctions [49] has been responded to by the defendant&#039;s counsel [51], who represents that any delay was due to the defendant's difficulty in securing the requested documents and verifying response to the interrogatories. [51]. The defendant has represented that it is amenable to paying reasonable attorney's fees incurred by the defendant's delay in issuing its discovery responses. [51]. Accordingly, the Motions For Sanctions [49] is denied in part, except for that portion which concedes that the defendant shall pay reasonable attorney's fees in connection with the motion. See *Rickels v. City of South Bend, Indiana,* 33 F.3d 785, 786−87 (7th Cir. 1994)("'The great operative principle of Rule 37(a)(4) is that the loser pays.' Fee shifting when the judge must rule on discovery disputes encourages their voluntary resolution and curtails the ability of litigants to use legal processes to heap detriments on adversaries (or third parties) without regard to the merits of the claims."). The plaintiff shall submit an itemized fee request to defense counsel with a copy to be filed on the record, not later than 9/3/24. In response, if any is thought necessary, will be filed by 9/10/24. If no response is filed, the request for attorney&#0;39;s fees will be honored by the defendant, not later than 9/17/24. The next video status conference is set for 8/27/24 at 9:30am in order to be able to provide firm dates for the depositions. Instructions will be emailed to counsel. Members of the public and media will be able to call in to listen to this hearing. Please call (855) 244−8681, access code 1807229989#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media

credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.