**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Artisan and Truckers Casualty Company
             Plaintiff,
v.                  Case No.: 1:23−cv−04439
                  Honorable Martha M. Pacold
Bukhara Trans, Inc.
             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 17, 2024:

  MINUTE entry before the Honorable Jeffrey Cole: Video status conference held. Counsel for the defendant did not appear. Discovery is closed and dispositive motions are due on 10/28/24. [62]. At the status conference today, counsel for the plaintiff, in response to my question, stated that dispositive motions would be filed with Judge Pacold in accordance with the previously entered schedule. Accordingly, all matters relating to the referral having been resolved, the referral is closed and the case returned to Judge Pacold. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.